FILED
CLERK, U.S. DISTRICT COURT
AUG 1 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MJ 13-2163 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| PATRICIA LYDIA MARQUEZ | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

1  The court concludes:

2  A.  ☒  Defendant poses a risk to the safety of other persons or the community
3      because defendant has not demonstrated by clear and convincing
4      evidence that:
5      She will not engage in
6      criminal conduct, due
7      to her criminal history
8      + her failure to comply
9      with her conditions of release.

10 (B) ☒  Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     She will make her
13     court appearances
14     due to mental health
15     issues, lack of bail resources,
16     sureties.

17 IT IS ORDERED that defendant be detained.

19 DATED: 8/15/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE